Maurice Berger, Respondent, v. Camille Weidenfeld, Appellant, Impleaded with Thomas W. Lawson, Defendant, Copartners Composing the Firm of Lawson, Weidenfeld & Co. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Herman Fromme, Appellant, v. Edward R. Poerschke, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary F. Rose, Respondent, v. George Leask and Others, as Executors, etc., of Hudson Hoagland, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Violet Aubrey Butler, Respondent, v. Amzi L. Barber, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Rowland M. Bickerstaff, Appellant, v. Lee Shubert, Respondent, Impleaded with Others.— Order modified by requiring payment of all costs to the time of amendment, and as modified affirmed, without costs. No opinion. Settle order on notice .

Willet F. Cook, Appellant, v. Rutherfurd Realty Company and Others, Respondents. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Willet F. Cook, Appellant, v. Rutherfurd Realty Company and Others, Respondents. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Isidor Berliner, Appellant, v. The Bowery Savings Bank and Rosie Berliner, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondent Berliner. No opinion. Order filed.

The People of the State of New York, Plaintiff, v. Federal Bank of New York, Defendant. In the Matter of the Disputed Claim of the Bankers' Surety Company, Appellant; The People of the State of New York and the Federal Bank of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Louis Levy, Appellant, v. Sophie Knepper and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Samuel Nadler v. Sadie Nadler.— Motion to dismiss appeal denied on payment of ten dollars costs. Order filed.

Alfred Schnarendorf v. Walter E. Dunn.— Motion to dismiss appeal granted, with ten dollars costs. Order filed.

Tully C. Estee v. Moses A. Adler and Others.— Motion to dismiss appeal denied on payment of ten dollars costs. Order filed.

Dierck Schomacker v. Max C. Baum.— Motion to dismiss appeal denied. Order filed.

John L. Dudley v. Armenia Insurance Company.— Motion denied, with ten dollars costs.— See memorandum per curiam. Order filed.

In the Matter of Benjamin Richardson, Deceased.— Motion denied on payment of ten dollars costs, and, on payment of an additional ten dollars, leave given to apply to the court below to open default. Order filed.

Francis P. B. Sands v. Holland Torpedo Boat Company.— Motion denied, with ten dollars costs. Order filed.

Guiseppe La Barbera v. Union Railway Company.— Motion denied, with ten dollars costs. Order filed.

Louisa Johnson v. Nicholas F. Brady.— Motion denied. Order filed.

Kate Kiernan, as Administratrix, etc., v. Otto M. Eidlitz and Others.— Motion denied, with ten dollars costs. Order filed.

In the Matter of University Magazine Company.— Motion denied. See memorandum per curiam. Order filed.

Edward Blewett and Others v. Colgate Hoyt and Others.— Motion granted for the purpose of allowing appellant to apply in the court below for a resettlement of the case. Order filed.

Edmund P. Fowler v. Robert W. Peck.— Application granted. Order signed.

G. Furman & Company v. William F. English and Others, etc.— Application denied. See memorandum. Order signed.

Emily F. Thyson v. Frederick C. Thyson and Others.— Motion denied.

Emily F. Thyson v. Frederick C. Thyson and Others.— Motion denied.